FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 16 P 4:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM A. HOLIFIELD | CIVIL ACTION |
| VERSUS | NO:   04-3287 |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "A" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff's **Petition for Attorney's Fees (doc. # 19)** is hereby **GRANTED**. The plaintiff is hereby awarded attorney's fees in the amount of $3,156.25 pursuant to Title 28 U.S.C. § 2412(d)(1)(A).

New Orleans, Louisiana, this 15th day of March, 2006

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____